IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-cv-287

| | |
|---|---|
| **RYAN KERIAN**, </br></br> Plaintiff, </br></br> v. </br></br> **PANORAMA MORTGAGE GROUP, LLC** </br></br> Defendant. | **ORDER** |

Upon consideration of the parties' Joint Motion to Stay, the Court hereby GRANTS the Joint Motion to Stay and stays this action for the parties to participate in arbitration, pursuant to 9 U.S.C. 3. The parties are DIRECTED to file a joint notice regarding the status of arbitration, 90 days from the date of this order, and every 90 days thereafter, or within 14 days of conclusion of arbitration, whichever is earlier.

This the 11th day of July, 2024.

_____
United States District Court Judge